IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00145-BNB

ALLEN D. BENSON,

    Applicant,

v.

STATE OF COLORADO,
COUNTY OF ARAPAHOE, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 06 2008

GREGORY C. LANGHAM
                CLERK

## SECOND ORDER DIRECTING APPLICANT TO SUPPLEMENT APPLICATION

Applicant, Allen D. Benson, is a prisoner in the custody of the Colorado Department of Corrections at the Arkansas Valley Correctional Facility at Crowley, Colorado. Mr. Benson initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 30, 2008, the court entered an order directing Mr. Benson to supplement the application with additional information that is necessary to determine if this action is timely. More specifically, the court advised Mr. Benson that the information the court needs is the date on which his direct appeal concluded, if he filed a direct appeal, and the specific date on which he filed his postconviction motion. The court also advised Mr. Benson that, if he has filed more than one state court postconviction motion that is relevant to the sentence he is challenging in this action, he must specify for each postconviction motion when it was filed, when it was denied, and when the state appellate courts issued any decisions in

connection with the postconviction motion. On February 19, 2008, Mr. Benson filed a response to the court's January 30 order.

In his response, Mr. Benson provides information regarding a postconviction Rule 35(a) motion he alleges he filed in state court on July 20, 2004. Mr. Benson contends that the Rule 35(a) motion was denied on September 1, 2004, and that he did not file an appeal from the denial of that motion. Mr. Benson does not specify in his response to the court's January 30 order whether he filed a direct appeal in state court from the judgment of conviction and, if so, when the direct appeal concluded. In addition, Mr. Benson fails to allege the specific date on which he filed the postconviction motion that the court discussed in the January 30 order. It is clear that the Rule 35(a) motion Mr. Benson refers to in his response is a separate postconviction motion because the postconviction motion discussed by the court in the January 30 order was appealed to the Colorado Court of Appeals and the Colorado Supreme Court.

Therefore, the court finds that Mr. Benson has failed to comply with all of the particulars of the court's January 30 order. However, Mr. Benson will be given one more opportunity to file a supplement to the application that provides the information the court requires. As noted in the court's January 30 order and above, Mr. Benson must clarify whether he filed a direct appeal from the judgment of conviction in state court and, if so, the date on which the direct appeal concluded. In addition, for each postconviction motion Mr. Benson has filed in state court, and it now appears that he filed at least two state court postconviction motions, he must specify the date on which the postconviction motion was filed, the date on which it was denied, and when the state appellate courts issued any decisions in connection with the postconviction

motion. Accordingly, it is

ORDERED that Mr. Benson file **within thirty (30) days from the date of this order** a second supplement to the habeas corpus application that provides the information requested in this order. It is

FURTHER ORDERED that if Mr. Benson fails to file a second supplement to the habeas corpus application that provides the information requested in this order within the time allowed, the action will be dismissed without further notice.

DATED March 6, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00145-BNB

Allen D. Benson
Prisoner No. 54769
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/6/08

GREGORY C. LANGHAM, CLERK

By: *(signature)*
      Deputy Clerk