IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00145-BNB

ALLEN D. BENSON,

    Applicant,

v.

STATE OF COLORADO,
COUNTY OF ARAPAHOE, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 24 2008

GREGORY C. LANGHAM
              CLERK

## ORDER OF DISMISSAL

Applicant Allen D. Benson initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the validity of the sentence he is serving as a result of his conviction in Arapahoe County District Court case number 01-CR-2758. On January 30, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Benson to file a supplement to the application that includes specific information necessary to determine if this action is timely filed. On February 19, 2008, Mr. Benson filed a response to Magistrate Judge Boland's January 30 order that did not comply with all the particulars of the January 30 order. Therefore, on March 6, 2008, Magistrate Judge Boland entered an order directing Mr. Benson to file a second supplement to the habeas corpus application. Mr. Benson was warned that the action would be dismissed without further notice if he failed to file a second supplement with the necessary information within thirty days.

Mr. Benson has failed to file a second supplement as directed and he has failed to respond in any way to Magistrate Judge Boland's March 6 order in this action. Therefore, the application will be denied and the action will be dismissed without prejudice for failure to file a second supplement as directed. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice for failure to file a second supplement as directed.

DATED at Denver, Colorado, this 24 day of April, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00145-BNB

Allen D. Benson
Prisoner No. 54769
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4/24/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk